# SHAKED LAW GROUP, P.C.
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL.  (917) 373-9128
ShakedLawGroup@Gmail.com

**Via ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **Justin Bullock v. Jack Henry**
         **Case No. 24-cv-159-MMG**
         **Motion to Adjourn Conference**

Dear Judge Parker:

> By Order of Reference dated February 29, 2024 (ECF 6), Judge Margaret M. Garnett referred this case to Magistrate Judge Katherine F. Parker for general pretrial purposes. On March 1, 2024, that referral was reassigned to me. Accordingly, Plaintiff's application to adjourn the initial pretrial conference (ECF 8) falls within the scope of my referral. Plaintiff's application is GRANTED. The initial pretrial conference scheduled for April 5, 2024 is adjourned sine die. The Clerk of Court is respectfully requested to terminate ECF 9.
>
> Dated: April 2, 2024
>         New York, NY
>
> SO ORDERED:
>
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

The undersigned represents Justin Bullock, the Plaintiff in the above-referenced case.  On February 29, 2024, Your Honor issued an Order scheduling an Initial Conference for April 8, 2024 at 2:30 p.m. and directing the parties to file a Proposed Civil Case Management Plan and Scheduling Order ("CMP") one week earlier.

Defendant was served on January 26, 2024 [See Docket #7]. Defendant's deadline to answer was February 16, 2024. We did not hear from Defendant or any counsel purporting to represent Defendant. As such, on March 26, 2024, we sent emails to Defendant at the email addresses appearing on its website (hello@jackhenry.co and sales@jackhenry.co) advising it of the lawsuit, the fact that it is in default, and of the scheduled Initial Conference. To date, we have not received a response.

Consequently, I respectfully request that the April 8 Initial Conference be adjourned for 30 days in the hopes that Defendant may still appear. If Defendant continues to ignore this lawsuit by the adjourned date, I will seek a default judgment.

No prior request for this relief has been made.

Thank you for your consideration.

Respectfully submitted,

*/s/ Dan Shaked*
Dan Shaked, Esq.

cc: Jack Henry (via first-class mail)